UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

IN RE: )
)
TRI-STATE ROOFING, ) Case No. 20-40188-JMM
)
) Chapter 11, Subchapter V
Debtor. )

ORDER DISMISSING CASE

THE MATTER of the Subchapter V Trustee's Motion to Dismiss (Docket No. 70), joined by the United States Trustee and by Debtor, having come before the Court for hearing on the 26th day of October, 2020.  Appearing at the hearing were, Aaron J. Tolson, Attorney for the Debtor, Gary L. Rainsdon, the Chapter 11, Subchapter V Trustee, William M. Humphries, Attorney for the Internal Revenue Service, and Jason Naess, Attorney for the US Trustee. The Court, being fully advised in the premises and there being no objection to the granting of said motion, enters its Order as follows:

**IT IS HEREBY ORDERED**, that for cause shown, the Chapter 11, Subchapter V Case be, and the same is hereby, dismissed.



DATED:  November 12, 2020

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Submitted by: Gary L. Rainsdon, Chapter 11, Subchapter V Trustee

As Approved By:
/s/ Aaron J. Tolson
Aaron J. Tolson, Attorney for Debtor